IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES FERRELL                                                              PLAINTIFF

v.                                   Case No. 6:25-cv-06138

ORCU; and ANTONIO HICKS                                                   DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on February 17, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16).  Judge Ford conducted a preservice screening of Plaintiff's Amended Complaint and now recommends that Plaintiff's Amended Complaint be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).  Specifically, Judge Ford finds that the Arkansas Division of Correction Ouachita River Unit ("ORCU")[1] is not a person or a legal entity subject to suit under § 1983, that Plaintiff makes no factual allegations against Defendant Antonio Hicks, and that Plaintiff fails to state a denial of medical care claim.  (ECF No. 16, at 3-5).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*.  Accordingly, the Court finds that Plaintiff's Amended Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to place a § 1915(g) strike flag on the case for future judicial consideration.  The Court certifies pursuant to 28

---

[1] Plaintiff identifies "ORCU P.O Box 1630 Malvern AR 72104 medical" as the Defendant for his first claim.  (ECF No. 11, at 3).

U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge